# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 31, 2024

By e-mail and ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Luis Paulino*, 23 Cr. 600 (LAK)

Dear Judge Kaplan:

I write on consent (Assistant U.S. Attorney Jeffrey Coyle) to respectfully request that the Court adjourn the conference – currently scheduled for February 5, 2024, at 9:30 a.m. – for a period of around 30 days to allow the parties to continue to discuss a resolution in this matter.

A pre-trial disposition is highly likely in this case. I am currently drafting a submission to the Government concerning its charging decision, and the adjournment will allow time to complete that submission and for the Government to evaluate it.

If the Court grants the requested adjournment, I further request on behalf of both parties that the Court exclude time under the Speedy Trial Act for the reason set forth above.

Application granted. The 2/5/2024 conference is adjourned until 3/20/2024 @ 11:30 AM.

Time excluded for Speedy Trial Act purposes from today to and including **3/20/2024**. The interests of justice served thereby outweigh the interests of the public and the defendant in a speedy trial

[✓] for reasons stated above

☐ because _____

Respectfully submitted,

/s/ _____

Martin S. Cohen
Ass't Federal Defender
(646) 588-8317

cc:   Jeffrey Coyle, Esq., by ECF and e-mail

SO ORDERED

Lewis A. Kaplan, U.S. District Judge
1/31/24