# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 20, 2024

*By ECF and e-mail*

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/24

Re:     *United States v. Luis Paulino*, 23 Cr. 600 (LAK)

Dear Judge Kaplan:

I write on consent (Assistant U.S. Attorney Jeffrey Coyle and U.S. Pretrial Services Officer Leo Barrios) to make two requests:

*First*, I respectfully request that the Court include in the Judgement a recommendation to the Bureau of Prisons that Mr. Paulino participate in its Residential Drug Abuse Treatment Program (RDAP). The program is designed to assist defendants who have a history of substance use successfully reenter the community.

*Second*: I respectfully request that the Court modify Mr. Paulino's bail in two ways: (1) to permit Mr. Paulino to visit his mother in the Bronx with the pre-approval of Pretrial Services as to the date and time of any such visits; and (2) to permit Mr. Paulino to attend his grandson's "graduation" from first grade on June 24, 2024, which will be held at his grandson's elementary school in the Bronx.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

Cc.    Jeffrey Coyle, Esq., by ECF and e-mail
       Leo Barrios, U.S. Pretrial Services, by e-mail

SO ORDERED    Granted

LEWIS A. KAPLAN, USDJ    6/20/24