Copy mailed by First Class Mail to LUIS PAULINO (Reg No:10574-506)
FCI Schuylkill, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 759
MINERSVILLE, PA 17954

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/25

United States of America
v.
Luis Paulino

Case No: 23-CR-600-01(LAK)
USM No: 10574-506

Date of Original Judgment: 06/21/2024
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Luis Paulino, pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

All provisions of the judgment dated 06/21/2024 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/01/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Lewis A. Kaplan, U.S.D.J.
*Printed name and title*