Copies mailed 11/18/25
Chambers of Judge Kaplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

United States of America,

    v.

Luis Paulino,

             Defendant.
------------------------------x

23-CR-600 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/25

**ORDER**

Lewis A. Kaplan, *District Judge.*

      Defendant has filed a MOTION TO TAKE JUDICIAL NOTICE AND APPOINT COUNSEL FOR APPEAL PURSUANT TO THE CJA 3006A . Attached is a blank financial affidavit form that the defendant must complete and submit to the Court before being considered for appointment of counsel.

SO ORDERED.

Dated:     November 18, 2025

                                                      Lewis A. Kaplan
                                              United States District Judge

SDNY
CJA 23
(Rev. 1/12)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER *(Specify below)* |

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box→)*   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed?   ☐ Yes   ☐ No   ☐ Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed?   ☐ Yes   ☐ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

RECEIVED                 SOURCES
IF YES, give the amount received and identify the sources   $ _____   _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No

VALUE                 DESCRIPTION
IF YES, give value and description for each   $ _____   _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents ___

List persons you actually support and your relationship to them
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date

☐ APPROVED   ☐ DENIED

FD/CJA/RET. ATTORNEY   (PRINT)

ASSISTANT UNITED STATES ATTORNEY (PRINT)

SIGNATURE OF JUDICIAL OFFICER   DATE